AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

U.S. MARSH[...]
2022 JAN 28 PM 12: 37

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:22-cr-39-CEH-TGW |
| Carlos Mero Mero | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Carlos Mero Mero,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

_Issuing officer's signature_

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 1-28-22, and the person was arrested on _(date)_ 2-16-22
at _(city and state)_ Miami, FL.

Date: 2-17-22

_Arresting officer's signature_

Sam K. Dusn
_Printed name and title_