BNDEGT,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:22–mj–02244–EGT</u> All Defendants

Case title: USA v. Mero Mero et al

Date Filed: 02/17/2022

Date Terminated: 02/24/2022

Assigned to: Ch. Magistrate Judge
Edwin G. Torres

**Defendant (1)**

| | |
|---|---|
| **Carlos Mero Mero** | represented by **Noticing FPD–MIA** |
| 02781–506 | 305–530–7000 |
| *YOB 1984 SPANISH* | Email: MIA_ECF@FD.org |
| *TERMINATED: 02/24/2022* | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: Public Defender Appointment* |

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

46:U.S.C.§70503.F and
70506(a)and(b) CONSPIRACY
WITH INTENT TO DISTRIBUTE
FIVE (5)KILOGRAMS OR MORE
OF COCAINE WHILE ON
BOARD A VESSEL SUBJECT TO
THE JURISDICTION OF THE
UNITED STATES, AND
POSSESSION WITH INTENT TO
DISTRIBUTE FIVE (5)

**Disposition**

**Disposition**

**Disposition**

KILOGRAMS OR MORE OF
COCAINE, WHILE ON BOARD
A VESSEL SUBJECT TO THE
JURISDICTION OF THE UNITED
STATES

Assigned to: Ch. Magistrate Judge
Edwin G. Torres

**Defendant (2)**

| | | |
|---|---|---|
| **Simon Arcentales Castro** | represented by | **Roger De Jesus Cabrera** |
| 02782–506 | | Roger Cabrera, P.A. |
| *YOB 1988 SPANISH* | | Wells Fargo Center |
| *TERMINATED: 02/24/2022* | | 333 SE 2nd Avenue |
| | | Suite 2000 |
| | | Miami, FL 33131 |
| | | 305–823–8383 |
| | | Fax: 305–675–7970 |
| | | Email: Roger@Cabrera.legal |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 46:U.S.C.§70503.F and 70506(a)and(b) CONSPIRACY WITH INTENT TO DISTRIBUTE FIVE (5)KILOGRAMS OR MORE OF COCAINE WHILE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES, AND POSSESSION WITH INTENT TO | |

DISTRIBUTE FIVE (5)
KILOGRAMS OR MORE OF
COCAINE, WHILE ON BOARD
A VESSEL SUBJECT TO THE
JURISDICTION OF THE
UNITED STATES

---

Assigned to: Ch. Magistrate Judge
Edwin G. Torres

**Defendant (3)**

| | | |
|---|---|---|
| **Elvis Ediel Lopez Batres** | represented by | **Juan De Jesus Gonzalez** |
| 02783–506 | | Juan de Jesus Gonzalez, Lawyer, P.A. |
| *YOB 1993 SPANISH* | | 2460 S.W 137 Avenue |
| *TERMINATED: 02/24/2022* | | Suite 254 |
| | | Miami, FL 33175 |
| | | 305–596–4500 |
| | | Fax: 305–596–4515 |
| | | Email: JuanGonzalezLaw@aol.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                              **Disposition**

46:U.S.C.§70503.F and
70506(a)and(b) CONSPIRACY
WITH INTENT TO DISTRIBUTE
FIVE (5)KILOGRAMS OR
MORE OF COCAINE WHILE
ON BOARD A VESSEL
SUBJECT TO THE
JURISDICTION OF THE
UNITED STATES, AND

POSSESSION WITH INTENT
TO DISTRIBUTE FIVE (5)
KILOGRAMS OR MORE OF
COCAINE, WHILE ON BOARD
A VESSEL SUBJECT TO THE
JURISDICTION OF THE
UNITED STATES

---

**Plaintiff**

**USA**                                    represented by  **Noticing AUSA CR TP/SR**
                                           Email: Usafls.transferprob@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/17/2022 | 1 | | Magistrate Removal of Indictment and Arrest Warrant from MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION) Case number in the other District 8:22–CR–00039–CEH–TGW as to Carlos Mero Mero (1), Simon Arcentales Castro (2), Elvis Ediel Lopez Batres (3). (at) (Entered: 02/17/2022) |
| 02/17/2022 | 2 | | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance as to Carlos Mero Mero held on 2/17/2022. Bond recommendation/set: Carlos Mero Mero (1) $250,000 Corporate Surety Bond, with the right to revisit– NO HEARING HELD. Date of Location Custody (Arrest or Surrender): 2/16/22. Removal Hearing set for 2/24/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Bond/Detention Matters set for 2/24/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Noticing FPD–MIA for Carlos Mero Mero (Digital 15:33:17) Signed by Ch. Magistrate Judge Edwin G. Torres on 2/17/2022. (fbn) (Entered: 02/18/2022) |
| 02/17/2022 | 4 | | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance as to Simon Arcentales Castro held on 2/17/2022. Bond recommendation/set: Simon Arcentales Castro (2) $250,000 Corporate Surety with Nebbia with the right to revisit (No HEARING HELD. Date of Location Custody (Arrest or Surrender): 2/16/2022. Removal Hearing set for 2/24/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Bond/Detention Matters set for 2/24/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter |

| | | | present. Attorney added: Roger De Jesus Cabrera for Simon Arcentales Castro for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 2/17/2022. (Digital 15:33:17) Signed by Ch. Magistrate Judge Edwin G. Torres on 2/17/2022. (fbn) (Entered: 02/22/2022) |
|---|---|---|---|
| 02/17/2022 | 5 | | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance as to Elvis Ediel Lopez Batres held on 2/16/2022. Bond recommendation/set: Elvis Ediel Lopez Batres (3) $250,000 Corporate Surety with Nebbia with the right to revisit (No HEARING HELD). Date of Location Custody (Arrest or Surrender): 2/16/2022. Removal Hearing set for 2/24/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Status Conference Re: Bond/Detention Matters set for 2/24/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Juan De Jesus Gonzalez for Elvis Ediel Lopez Batres for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 2/17/2022. (Digital 15:33:17) Signed by Ch. Magistrate Judge Edwin G. Torres on 2/17/2022. (fbn) Modified on 2/23/2022 (fbn). (Entered: 02/22/2022) |
| 02/18/2022 | 3 | | Invocation of Right to Silence and Counsel by Carlos Mero Mero (Padilla, Joaquin) (Entered: 02/18/2022) |
| 02/24/2022 | 6 | | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Carlos Mero Mero (at) (Entered: 02/24/2022) |
| 02/24/2022 | 7 | | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Simon Arcentales Castro (at) (Entered: 02/24/2022) |
| 02/24/2022 | 8 | | WAIVER OF RULE 5 AND 5.1 REMOVAL/IDENTITY HEARING by Elvis Ediel Lopez Batres (at) (Entered: 02/24/2022) |
| 02/24/2022 | 9 | | Minute for proceedings held before Magistrate Judge Chris M. McAliley: Removal/Status Re: Bond as to Carlos Mero Mero held on 2/24/2022.. Spanish Interpreter present. (Digital 10:25:04/10:29:12)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that |

| | | | |
|---|---|---|---|
| | | | goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. (Signed by Magistrate Judge Chris M. McAliley on 2/24/2022). (at) (Entered: 02/24/2022) |
| 02/24/2022 | <u>10</u> | | Minute for proceedings held before Magistrate Judge Chris M. McAliley: Removal/Status Re: Bond as to Simon Arcentales Castro held on 2/24/2022. Def filed a waiver of removal. Def ordered removed to MD/FL. Spanish Interpreter present. (Digital 10:25:39)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. (Signed by Magistrate Judge Chris M. McAliley on 2/24/2022). (at) (Entered: 02/24/2022) |
| 02/24/2022 | <u>11</u> | | Minute for proceedings held before Magistrate Judge Chris M. McAliley: Removal/Status RE: Bond as to Elvis Ediel Lopez Batres held on 2/24/2022. Def filed a waiver of removal. Def committed to the MD/FL. Spanish Interpreter present. (Digital 10:27:47)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The |

| | | | |
|---|---|---|---|
| | | | defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. (Signed by Magistrate Judge Chris M. McAliley on 2/24/2022). (at) (Entered: 02/24/2022) |
| 02/24/2022 | 12 | | COMMITMENT TO ANOTHER DISTRICT as to Carlos Mero Mero. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Chris M. McAliley on 2/24/2022). *(See attached document for full details).* (at) (Entered: 02/24/2022) |
| 02/24/2022 | 13 | | COMMITMENT TO ANOTHER DISTRICT as to Simon Arcentales Castro. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Chris M. McAliley on 2/24/2022). *(See attached document for full details).* (at) (Entered: 02/24/2022) |
| 02/24/2022 | 14 | | COMMITMENT TO ANOTHER DISTRICT as to Elvis Ediel Lopez Batres. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Chris M. McAliley on 2/24/2022). *(See attached document for full details).* (at) (Entered: 02/24/2022) |

FILED BY_____KS_____D.C.

Feb 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES

CASE NO. 8:22 cr 39 CEH -TGW

46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a) and (b)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through and including on or about January 7, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

did knowingly and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through and including on or about January 7, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 21 U.S.C. § 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

2

9

forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2.     Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3.     Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4.     If any of the property described above, as a result of any act or omission of the defendants:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or,

e.   has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Lauren N. Stoia
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34

January 22                                  No.

### UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES

### INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) & (b)

A true bill,

███████████████████

_____
Foreperson

Filed in open court this 27th day of January 2022.

_____
Clerk

Bail $_____

GPO 863 525

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

*Copy*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:22 cr 39 CEH - TGW |
| Carlos Mero Mero | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Carlos Mero Mero                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date:   1/28/2022                                                          *CRobot*
                                                                                   *Issuing officer's signature*

City and state:    Tampa, Florida                                 ELIZABETH WARREN, Clerk, United States District Court
                                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

*copy*

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 8:22 cr 39 CEH-TGW |
| Simon Arcentales Castro | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Simon Arcentales Castro                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date:  1/28/2022                                                    *C Roberts*
                                                                        *Issuing officer's signature*

City and state:     Tampa, Florida                             ELIZABETH WARREN, Clerk, United States District Court
                                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ |
|                                                                       *Arresting officer's signature* |
|                                                                       _____ |
|                                                                       *Printed name and title* |

14

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Elvis Ediel Lopez Batres<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 8:22 cr 39 CEH - TGW |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Elvis Ediel Lopez Batres                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date:    1 28 2022

City and state:     Tampa, Florida

*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

# MINUTE ORDER

Page 17

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 2/17/2022    Time: 2:00 p.m.

Defendant:  1) CARLOS MERO-MERO        J#: 02781-506    Case #:  22-MJ-2244-TORRES

AUSA: Kevin Larsen                    Attorney: Joaquin Padilla

Violation:  Warr/MDFL/Indictment/Consp to PWID 5 kilo or more
of cocaine while on board a vessel subject to the
jurisdiction U.S.                Surr/Arrest Date: 2/16/2022      YOB: 1984

Proceeding:  Initial Appearance                CJA Appt:

Bond/PTD Held: ○ Yes    ○ No        Recommended Bond:

Bond Set at: **$250,000 corporate surety with nebbia**      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language:  Spanish

☐ Report to PTS as  directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial
Services
Treatment as deemed necessary    _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to:

☐ Other:

| Disposition: |
| --- |
| Defendant sworn – **AFPD APPOINTED** |
| The Court sets bond, with the right to |
| revisit – NO HEARING HELD |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**    Date:        Time:        Judge:            Place:

Report RE Counsel:

*Status Re: Bond:*  **2/24/22**        **10:00**        **Miami Duty**

*Removal:*            **2/24/22**    **10:00**        **Miami Duty**

Status Conference RE:

D.A.R. 15:33:17                    Time in Court: 2

s/Edwin G. Torres                        Chief Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  22-mj-2244-Torres

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CARLOS MERO MERO,

     Defendant.

_____/

**DEFENDANT'S INVOCATION OF
<u>RIGHTS TO SILENCE AND COUNSEL</u>**

The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any

matters relating to the defendant.  Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: /s/ *Joaquin Padilla*
  Assistant Federal Public Defender
  Florida Bar No.: 484636
  150 West Flagler Street, Suite 1500
  Miami, Florida 33130-1556
  Tel:  305-530-7000/Fax:  305-536-4559
  E-mail: joaquin_padilla@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **February 18, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ *Joaquin Padilla*

# MINUTE ORDER

Page 18

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 2/17/2022    Time: 2:00 p.m.

Defendant: 2) SIMON ARCENTALES CASTRO    J#: 02782-506    Case #: 22-MJ-2244-TORRES

AUSA: Kevin Larsen                                          Attorney:

Violation: Warr/MDFL/Indictment/Consp to PWID 5 kilo or more
of cocaine while on board a vessel subject to the
jurisdiction U.S.          Surr/Arrest Date: 2/16/2022    YOB: 1988

Proceeding: Initial Appearance                   **CJA Appt:** Roger Cabrera

Bond/PTD Held: ○ Yes   ○ No      Recommended Bond:

Bond Set at:**$250,000 corporate surety with nebbia**     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language: Spanish

☐ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial
Services
Treatment as deemed necessary          _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to: _____

☐ Other: _____

| Disposition: |
| --- |
| Defendant sworn – **CJA APPOINTED** |
| The Court sets bond, with the right to |
| revisit – NO HEARING HELD |
| |
| |
| |
| |
| |
| |
| |
| |
| Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**    Date:         Time:         Judge:              Place:

Report RE Counsel:

*Status Re: Bond:*  **2/24/22**        **10:00**        ***Miami Duty***

*Removal:*              **2/24/22**        **10:00**        ***Miami Duty***

Status Conference RE:

D.A.R. 15:33:17                              Time in Court: 3

s/Edwin G. Torres                              Chief Magistrate Judge

20

# MINUTE ORDER

Page 19

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**      Date: 2/17/2022     Time: 2:00 p.m.

Defendant: _3)ELVIS EDIEL LOPEZ BATRES_     J#: _02783-506_     Case #: _22-MJ-2244-TORRES_

AUSA: Kevin Larsen                              Attorney: _____

Violation: _Warr/MDFL/Indictment/Consp to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S._     Surr/Arrest Date: 2/16/2022     YOB: 1993

Proceeding: _Initial Appearance_                     CJA Appt: _Juan de Jesus Gonzalez_

Bond/PTD Held: ○ Yes   ○ No        Recommended Bond: _____

Bond Set at: **$250,000 corporate surety with nebbia**     Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: _Spanish_ |
| ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | **Disposition:** |
| ☐ Random urine testing by Pretrial Services Treatment as deemed necessary | Defendant sworn – **CJA APPOINTED** |
| ☐ Refrain from excessive use of alcohol | The Court sets bond, with the right to revisit – NO HEARING HELD |
| ☐ Participate in mental health assessment & treatment | |
| ☐ Maintain or seek full-time employment/education | |
| ☐ No contact with victims/witnesses, except through counsel | |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: _____ | |
| ☐ Other: _____ | Time from today to _____ excluded from Speedy Trial Clock |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **_Status Re: Bond:_** | **_2/24/22_** | **_10:00_** | | **_Miami Duty_** |
| **Removal:** | | **_2/24/22_** | **_10:00_** | **_Miami Duty_** |
| Status Conference RE: | | | | |

D.A.R. _15:33:17_                              Time in Court: 2

s/Edwin G. Torres                              Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 22-MJ-2244-TORRES

United States of America
      Plaintiff,

      v.

Charging District's Case No.   22-CR-39-CEH

CARLOS MERO-MERO,
      Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Middle District of Florida.**

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)   an identity hearing to determine whether I am the person named in the charges;
(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)   a hearing on any motion by the government for detention;
(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: (**check those that apply**)

[✓]   An identity hearing and production of the warrant.

[ ]   A preliminary hearing.

[ ]   A detention hearing in the Southern District of Florida.

[ ]   An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/24/2022

_____
Defendant's Signature

_____
Chris M. McAliley
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 22-MJ-2244-TORRES

United States of America
    Plaintiff,

v.                                              Charging District's Case No: 8:22-cr39-CEH-TEW

SIMON ARCENTALES CASTRO

    Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITIY HEARINGS

I understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA**.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P.20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[✓]     An identity hearing and production of the warrant.

[ ]     A preliminary hearing.

[ ]     A detention hearing in the Southern District of Florida.

[ ]     An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.   I request that those hearings be held in the prosecuting district, at a time set by that court.   I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant's Signature

Date: 2·24·22

_____
CHRIS MCALILEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  22-MJ-2244-TORRES

UNITED STATES OF AMERICA,

v.                                      Charging District's Case No.: 8:22cr39-CEH-TGW

ELVIS EDIEL LOPEZ BATRES.
_____/

## WAIVER OF RULE 5 and 5.1 REMOVAL/IDENTITY HEARING

I UNDERSTAND that I have been charged in another district, the **Middle District of Florida**.

I HAVE BEEN INFORMED of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)  an identity hearing to determine whether I am the person named in the charges;
(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)  a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise— unless I am indicted— to determine whether there is probable cause to believe that an offense has been committed;
(5)  a hearing on any motion by the government for detention;
(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I AGREE to waive my rights to: (check those that apply)

☑  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida

☐  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I CONSENT to the issuance of an Order requiring my appearance in the prosecuting district where the charges are pending against me.

DATE: 2/24/22

_____
Defendant's signature

_____
Chris M. McAliley, United States Magistrate Judge

# COURT MINUTES

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**          Date: 2/24/2022    Time: 10:00 a.m.

Defendant: 1) Carlos Mero Mero          J#: 02781-506    Case #: 22-2244-MJ-Torres-1

AUSA: _Dwayne Williams_          Attorney: APFD, _Joaquin Padilla_

Violation: Warr/MDFL/Indictment/Conspiracy to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

Proceeding: Removal/ Status Re: Bond          CJA Appt: _____

Bond/PTD Held: ○ Yes  ⦸ No          Recommended Bond: _____

Bond Set at: $250,000 Corporate Surety Bond with Nebbia    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Brady Order not previously given.

Dft filed a waiver of Removal
• Dft committed to the MD/FL.

Brady order given

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:          Time:          Judge:          Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. _10:25:04 / 10:29:12_          Time in Court: _4 mins_

# COURT MINUTES

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**          Date: 2/24/2022    Time: 10:00 a.m.

Defendant: 2) Simon Arcentales Castro    J#: 02782-506    Case #: 22-2244-MJ-Torres-2

AUSA: *Dwayne Williams*    Attorney: Roger De Jesus Cabrera (CJA) ✓

Violation:    Warr/MDFL/Indictment/Conspiracy to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

Proceeding: Removal/ Status Re: Bond _____    CJA Appt: _____

Bond/PTD Held: ⚲ Yes  ⚲ No    Recommended Bond: _____

Bond Set at: $250,000 Corporate Surety Bond with Nebbia    Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

| Disposition: |
| --- |
| Brady Order not previously given. |

☐ Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

*Def filed a waiver of Removal*

☐ Refrain from excessive use of alcohol

*NoP ordered*

☐ Participate in mental health assessment & treatment

*removed to MD/FL*

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
   religious, employment

*Brady order given*

☐ Travel extended to: _____

Time from today to _____ excluded

☐ Other: _____

from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
| --- | --- | --- | --- | --- |
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:25:39    Time in Court: 3 mins

# COURT MINUTES

Page 10

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**          Date: 2/24/2022    Time: 10:00 a.m.

Defendant: 3) Elvis Ediel Lopez Batres    J#: 02783-506   Case #: 22-2244-MJ-Torres-3

AUSA: _Dwayne Williams_    Attorney: Juan de Jesus Gonzalez (CJA) ✓

Violation: Warr/MDFL/Indictment/Conspiracy to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

Proceeding: Removal/ Status Re: Bond          CJA Appt: _____

Bond/PTD Held: ◌ Yes  ⊘ No      Recommended Bond: _____

Bond Set at: $250,000 Corporate Surety Bond with Nebbia   Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: Spanish

Disposition:
Brady Order not previously given.
Def. filed a
waiver of Removal
• Def committed
to the MD/FL

Brady order given.
Time from today to _____ excluded
from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date: _____   Time: _____   Judge: _____   Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 10:27:47                    Time in Court: 2 mins

# United States District Court
## Southern District of Florida
Case No. 22-MJ-2244-TORRES

UNITED STATES OF AMERICA,

    v.

                                 Charging District's Case No. 22-CR-39-CEH

CARLOS MERO-MERO,
(USM# 02781-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_____Joaquin Padilla_____ was appointed to represent

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 2/24/2022.

Chris M. McAliley
United States Magistrate Judge

**United States District Court**
**Southern District of Florida**
Case No. 22-MJ-2244-TORRES-2

UNITED STATES OF AMERICA,

    v.

                        Charging District's Case No. 22-CR-39-CEH

SIMON ARCENTALES CASTRO,
(USM# 02782-506)
_____/

<u>COMMITMENT TO ANOTHER DISTRICT</u>

The defendant has been ordered to appear in the Middle District of Florida.

_Roger De Jesus Cabrera_ was appointed to represent

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 2/24/2022.

Chris M. McAliley
United States Magistrate Judge

## United States District Court
## Southern District of Florida
Case No. 22-MJ-2244-TORRES-3

UNITED STATES OF AMERICA,

     v.

                            Charging District's Case No. 22-CR-39-CEH

ELVIS EDIEL LOPEZ BATRES,
(USM# 02783-506)
                                 /

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_Juan de Jesus Gonzalez_ was appointed to represent

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 2/24/2022.

Chris M. McAliley
United States Magistrate Judge